UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ANTHONY ARMSTRONG,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | No. EDCV 08-761-PA (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 23, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE